# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133344 & (24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SANDRA J. ZERBST,
　　　　　Plaintiff-Appellee,

v

KEWEENAW HOME NURSING & HOSPICE
and NEW HAMPSHIRE INSURANCE
COMPANY,
　　　　　Defendants-Appellants.

SC: 133344
COA: 271009
WCAC: 05-000238

_____/

　　　　On order of the Court, the application for leave to appeal the December 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to consolidate is also considered, and it is DENIED as moot.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007　　　　　　　　　　　　　　　　　　　　　　　　　_____

t0521　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk